```
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
        Federal Building  Suite 7516
        300 North Los Angeles  Street
        Los Angeles, California
        Tel. 213 894-6117
        FAX:  213 894-7819
        Email:  Sharla Cerra@usdoj.gov
```

Attorneys for Defendant Commissioner of Social Security

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MARGARET TUCKER,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | EDCV 05-1115 PJW<br><br><u>JUDGMENT FOR PLAINTIFF</u> |

The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff, the Court hereby grants judgment for Plaintiff.

DATE:  2/6/08

*[signature: Patrick J. Walsh]*

_____
PATRICK J. WALSH
United States Magistrate Judge

-1-